LEWIS ANTEN, Esq., State Bar No. 56459                          JS-6
IVY CHODERKER, Esq., State Bar. No. 210612
lewisanten@mindspring.com
LEWIS ANTEN, A PROFESSIONAL CORP.
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Telephone:  (818) 501-3535          NOTE: CHANGES MADE BY THE COURT
Facsimile: (818) 501-4138

Attorneys for Plaintiff Manley Toys Ltd.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANLEY TOYS LTD., a Hong Kong company,<br><br>    Plaintiff,<br> vs.<br><br>RITE AID HDQTRS CORP., a Delaware corporation; THRIFTY PAYLESS, INC., a California corporation; and DOES 1 through 5, inclusive,<br><br>    Defendants. | CASE NO.:CV 09-6713 VBF (FMOx)<br><br>JUDGMENT |

  Pursuant to Defendants' Offer of Judgment (FRCP 68) and Plaintiff Manley Toys Ltd.'s Acceptance of Defendants' Offer of Judgment (FRCP 68), an offer of judgment having been made and accepted, judgment is hereby entered in this action in favor of Plaintiff Manley Toys Ltd. and against Defendants Rite Aid Hdqtrs Corp. and Thrifty Payless, Inc. ("Defendants") as follows:

Defendants shall pay the joint-lump sum of forty thousand dollars (US$40,000.00), which is the total amount that Defendants shall be obligated to pay on account of any liability claimed herein, and which shall include any liability for costs of suit, attorneys fees, or any other costs or monetary payments that might otherwise be recoverable against Defendants.  All parties shall bear their own respective costs and attorneys fees.  This Judgment is in total settlement of this action with no admission of liability and said Judgment herein is to have no effect whatsoever except in settlement of this case.

This case is now CLOSED and all future dates are taken off calendar, including Lewis Anten PC's Motion to Withdraw as Counsel for Plaintiff, which is vacated as moot.

**JUDGMENT IS SO ENTERED**.

Dated: February 4, 2011

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
U.S. District Court Judge